## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

HARABIA JABBAR JOHNSON,

    *Petitioner,*

vs.

JEFF ZMUDA, SECRETARY, KANSAS DEPARTMENT OF CORRECTIONS,

    *Respondent.*

Case No. 19-CV-3173-EFM

## MEMORANDUM AND ORDER

Before the Court is Petitioner Harabia Jabbar Johnson's Application for Certificate of Appealability (Doc. 23). A court may only grant a COA "if the applicant has made a substantial showing of the denial of a constitutional right."[1] A petitioner satisfies this burden if " 'reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.' "[2] For the reasons explained in the Court's Memorandum & Order filed on December 15,

---

[1] 28 U.S.C. § 2253(c)(2). A "final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court" is not appealable unless a circuit justice or a circuit or district judge issues a COA. *See* 28 U.S.C. § 2253(c)(1)(A).

[2] *Saiz v Ortiz*, 392 F.3d 1166, 1171 n.3 (10th Cir. 2004) (quoting *Tennard v. Dretke*, 524 U.S. 274, 282 (2004)).

2020 (Doc. 20), the Court concludes that Petitioner has not made a substantial showing of the denial of a constitutional right.  The Court therefore denies a COA.

**IT IS THEREFORE ORDERED** that Petitioner Harabia Jabbar Johnson's Application for Certificate of Appealability (Doc. 23) is **DENIED.**

**IT IS SO ORDERED.**

Dated this 24th day of February, 2021.

This case is closed.

*[signature: Eric F. Melgren]*

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE